In the Matter of the Application of ADELINE HAYES to Vacate and Open the Decree of Probate in the Matter of the Estate of LIONEL J. SALOMON, Deceased. GEORGE S. GANS and ADELINE HAYES, Appellants; THE NEW YORK FOUNDATION, Residuary Legatee under the Last Will and Testament of LIONEL J. SALOMON, Deceased, FARMERS LOAN AND TRUST COMPANY (Now CITY BANK FARMERS TRUST COMPANY) and LAWRENCE HART, Executors under the Last Will and Testament of LIONEL J. SALOMON, Deceased, and FLORENCE PERRY, Executrix of the Last Will and Testament of GEORGE H. PERRY, Deceased, Formerly an

Executor of the Last Will and Testament of LIONEL J. SALOMON, Deceased, Respondents.— Decree of the Surrogate's Court of Kings county denying the application of the petitioner, Adeline Hayes, in which George S. Gans joined, to vacate the decree of June 9, 1925, admitting to probate the instrument dated October 22, 1923, as the last will of the decedent, unanimously affirmed, with costs, payable out of the estate, to the respondent filing a brief. No opinion. Present — Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ.